UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SAULT STE. MARIE TRIBE OF
CHIPPEWA INDIANS,

    Plaintiff,

v.                                         Case No. 2:09-cv-095
                                         CONSENT CASE

ROGER DENCKLAU, et al.,

    Defendants.
_____/

## **ORDER**

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that the amended motion for summary judgment filed by defendants Roger Dencklau and Barbara Dencklau (Docket #76) is GRANTED and plaintiff's motion for summary judgment on the basis of sovereign immunity (Docket #47) is DENIED.

IT IS SO ORDERED.

                                                         /s/ Timothy P. Greeley
                                                     TIMOTHY P. GREELEY
                                                     UNITED STATES MAGISTRATE JUDGE

Dated:   August 2, 2010